**Denied and Opinion Filed February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00122-CV

### IN RE ROBERT T. O'DONNELL, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-86-15027**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator contends that the trial court clearly abused its discretion in granting real party's motion for summary judgment and in imposing sanctions against relator. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

140122F.P05

/David Bridges/
DAVID BRIDGES
JUSTICE